UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **FATMA KARIMOVA**, *Individually and on behalf of All Others Similarly Situated*, <br><br>　　　Plaintiff(s), <br><br>v. <br><br>**SPRING HOMECARE CORPORATION dba SPRING HOME CARE CORPORATION**, *et al.* <br><br>　　　Defendants. | Civil Action No.: 1:20-cv-00966 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, Plaintiff Fatma Karimova ("Plaintiff"), and Defendants Spring Homecare Corporation d/b/a Spring Home Care Corporation and Shakiba Hakami (collectively "Defendants"), have settled this matter, subject to a finalized, written settlement agreement.

On October 26, 2020, this Court entered set deadlines for Plaintiff's Motion for Conditional Certification as a Collective Action and Judicial Notice. [DE 19]. On November 10, 2020, undersigned counsel was contacted by counsel for Defendants. On November 12, 2020, Plaintiff and Defendants reached settlement in principal as to all material terms, subject to a finalized, written settlement agreement. Plaintiff respectfully requests that the Court stay this proceeding as Plaintiff anticipates dismissing this action *with prejudice* within fourteen (14) days hereof or will otherwise update the Court. Such stay will mitigate the use of further judicial resources in this matter and obviate the need for Defendants' counsel to enter an appearance.

Date: November 13, 2020
　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　FATMA KARIMOVA,
　　　　　　　　　　　　　　　　　　Individually and on behalf of All Other Similarly Situated,

　　　　　　　　　　　　　　　　　　By Counsel:

　　　　　　　　　　　　　　　　　　　/s/ Andrea Harris_____
　　　　　　　　　　　　　　　　　　Robert Powers, Esq.
　　　　　　　　　　　　　　　　　　Andrea Harris, Esq.
　　　　　　　　　　　　　　　　　　MCCLANAHAN POWERS, PLLC
　　　　　　　　　　　　　　　　　　8133 Leesburg Pike, Suite 130
　　　　　　　　　　　　　　　　　　Vienna, VA 22182
　　　　　　　　　　　　　　　　　　Telephone: (703) 520-1326
　　　　　　　　　　　　　　　　　　Facsimile: (703) 828-0205
　　　　　　　　　　　　　　　　　　Email: rpowers@mcplegal.com
　　　　　　　　　　　　　　　　　　　　　　aharris@mcplegal.com
　　　　　　　　　　　　　　　　　　　　　　pghale@mcplegal.com
　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff(s)*

## CERTIFICATE OF SERVICE

　　　I hereby certify that on November 13, 2020, the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. And I hereby certify that I will mail the document by U.S. mail to the following non-filing users, with an email copy:

David S. Bracken
DAVID S. BRACKEN, P.C.
910 King Street
Alexandria, VA 22314
Phone: 703-684-0048
Fax: 703-684-9017
e:　dbracken@dsbpc.com
*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　By: /s/ *Andrea Harris*_____
　　　　　　　　　　　　　　　　　　　　　Andrea Harris

2