UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **FATMA KARIMOVA**, *Individually and on behalf of All Others Similarly Situated*, | |
| Plaintiff(s), | |
| v. | Civil Action No.: 1:20-cv-00966 |
| **SPRING HOMECARE CORPORATION dba SPRING HOME CARE CORPORATION**, *et al.* | |
| Defendants. | |

## UPDATE ON JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, Plaintiff Fatma Karimova ("Plaintiff") filed a Notice of Settlement with the Court on November 13, 2020 [DE 23], subject to a finalized, written settlement agreement, which is currently being drafted by the parties and is nearing completion. Given the upcoming holidays and minor delays in communication due to COVID-19, the parties anticipate an additional two-weeks are required to finalize the written settlement agreement. Therefore, Plaintiff will dismiss Defendants from this action with prejudice within fourteen (14) days hereof or otherwise update the Court accordingly.

Date: November 27, 2020                                     Respectfully submitted,

By: ___*Robert Powers*___
Robert Powers, Esq.
MCCLANAHAN POWERS, PLLC
8133 Leesburg Pike, Ste. 130
Vienna, VA 22812
Tel: (703) 520-1326
Fax: (702) 828-0205
Email: rpowers@mcplegal.com

1

pghale@mcplegal.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 27, 2020, the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

               By: /s/ *Robert Powers*
                 Robert Powers