IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| FATMA KARIMOVA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00966 |
| | ) | (RDA/MSN) |
| SPRING HOMECARE CORPORATION | ) | |
| d/b/a SPRING HOME CARE | ) | |
| CORPORATION, and SHAKIBA | ) | |
| HAKAMI, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the Court on the Update on Joint Notice of Settlement ("Joint Update") filed by Plaintiff Fatma Karimova ("Plaintiff"). Dkt. 25. Plaintiff advised that the settlement agreement is "currently being drafted by the parties and is nearing completion" but requests an additional 14 days to request dismissal of the action with prejudice, citing challenges stemming from the novel COVID-19 pandemic and intervening holidays. Considering the Joint Update, and finding good cause, the Court GRANTS the parties' request for relief.

Accordingly, the matter is stayed an additional 14 days.

It is SO ORDERED.

Alexandria, Virginia
December 2, 2020

/s/
Rossie D. Alston, Jr.
United States District Judge