UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **FATMA KARIMOVA**, *Individually and on behalf of All Others Similarly Situated*, <br><br> Plaintiff(s), <br><br> v. <br><br> **SPRING HOMECARE CORPORATION dba SPRING HOME CARE CORPORATION**, *et al.* <br><br> Defendants. | Civil Action No.: 1:20-cv-00966 |

## UPDATE ON JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE, Plaintiff Fatma Karimova ("Plaintiff") filed a Notice of Settlement with the Court on November 13, 2020 [DE 23], subject to a finalized, written settlement agreement. The parties updated the Court on November 27, 2020, identifying that the settlement agreement was currently being drafted by the parties [DE 25]. The parties have since exchanged versions of the proposed settlement agreement. Based on the present versions exchanged, Plaintiff anticipates that Defendants will file a motion for approval of the settlement agreement    within fourteen (14) days hereof, if not much sooner, or otherwise update the Court accordingly.

Date: December 14, 2020                          Respectfully submitted,

By:___*Robert Powers*_____
Robert Powers, Esq.
MCCLANAHAN POWERS, PLLC
8133 Leesburg Pike, Ste. 130
Vienna, VA 22812
Tel: (703) 520-1326

1

        Fax: (702) 828-0205
        Email: rpowers@mcplegal.com
               pghale@mcplegal.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on December 14, 2020, the foregoing document was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        By: /s/ __*Robert Powers*__
           Robert Powers